**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

---

**NICK OJEDA,**

**Plaintiff,**

**v.** **Case No. 5:24-cv-05176-TLB**

**MAJID ENTERPRISES, LLC,**

**Defendant.**

---

**JOINT NOTICE OF SETTLEMENT**

---

COME NOW, the Parties, by and through undersigned counsel of record, and hereby give notice that the Parties have agreed in principle to a settlement that will resolve all pending issues in this cause of action before the Court. Upon final exchange of all executed settlement documents, the Parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 28th day of February, 2025.

RESPECTFULLY SUBMITTED,

Davis A. Stephenson, TN BPR #039015
Wampler, Carroll, Wilson,
and Sanderson, PLLC
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
alex@wcwslaw.com
***Attorney for Plaintiff***

Tim Hutchinson (2000030)
Hall Frost (2023174)
**RMP LLP**
5519 Hackett St., Suite 300
Springdale, AR 72762
Telephone: (479) 443-2705
Facsimile: (479) 443-2718

thutchinson@rmp.law
hfrost@rmp.law
***Counsel for Defendant, Majid Enterprises, LLC***